JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Cheryl Groshko, Brandon Santee, David Weikel, Jeffrey Moyer, and Eric Brown.

**(b)** County of Residence of First Listed Plaintiff    Schuylkill
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
The Hanchulak Law Offices, P.C., 345 Wyoming Ave., STE 205, Scranton, PA 18503, (570) 319-6642

## DEFENDANTS

Lehigh Valley Health Network, Inc. t/a Lehigh Valley Health Network, a registered fictious name and Lehigh Valley Hospital- Schulykill

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❒ 1  U.S. Government
       Plaintiff

✘ 3  Federal Question
       *(U.S. Government Not a Party)*

❒ 2  U.S. Government
       Defendant

❒ 4  Diversity
       *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                          *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❒ 1 | ❒ 1 | Incorporated *or* Principal Place of Business In This State | ❒ 4 | ❒ 4 |
| Citizen of Another State | ❒ 2 | ❒ 2 | Incorporated *and* Principal Place of Business In Another State | ❒ 5 | ❒ 5 |
| Citizen or Subject of a Foreign Country | ❒ 3 | ❒ 3 | Foreign Nation | ❒ 6 | ❒ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ❒ 110 Insurance | **PERSONAL INJURY**    **PERSONAL INJURY** | ❒ 625 Drug Related Seizure of Property 21 USC 881 | ❒ 422 Appeal 28 USC 158 | ❒ 375 False Claims Act |
| ❒ 120 Marine | ❒ 310 Airplane    ❒ 365 Personal Injury - | ❒ 690 Other | ❒ 423 Withdrawal 28 USC 157 | ❒ 376 Qui Tam (31 USC 3729(a)) |
| ❒ 130 Miller Act | ❒ 315 Airplane Product    Product Liability | | | ❒ 400 State Reapportionment |
| ❒ 140 Negotiable Instrument |      Liability    ❒ 367 Health Care/ | | **PROPERTY RIGHTS** | ❒ 410 Antitrust |
| ❒ 150 Recovery of Overpayment & Enforcement of Judgment | ❒ 320 Assault, Libel &    Pharmaceutical      Slander    Personal Injury | | ❒ 820 Copyrights | ❒ 430 Banks and Banking |
| ❒ 151 Medicare Act | ❒ 330 Federal Employers'    Product Liability | | ❒ 830 Patent | ❒ 450 Commerce |
| ❒ 152 Recovery of Defaulted Student Loans (Excludes Veterans) |      Liability    ❒ 368 Asbestos Personal ❒ 340 Marine    Injury Product | | ❒ 835 Patent - Abbreviated New Drug Application | ❒ 460 Deportation ❒ 470 Racketeer Influenced and |
| ❒ 153 Recovery of Overpayment of Veteran's Benefits | ❒ 345 Marine Product    Liability    **PERSONAL PROPERTY** | **LABOR** | ❒ 840 Trademark **SOCIAL SECURITY** | Corrupt Organizations ❒ 480 Consumer Credit |
| ❒ 160 Stockholders' Suits | ❒ 350 Motor Vehicle    ❒ 370 Other Fraud | ✘ 710 Fair Labor Standards | ❒ 861 HIA (1395ff) | ❒ 485 Telephone Consumer |
| ❒ 190 Other Contract | ❒ 355 Motor Vehicle    ❒ 371 Truth in Lending      Product Liability    ❒ 380 Other Personal | Act ❒ 720 Labor/Management | ❒ 862 Black Lung (923) ❒ 863 DIWC/DIWW (405(g)) | Protection Act ❒ 490 Cable/Sat TV |
| ❒ 195 Contract Product Liability ❒ 196 Franchise | ❒ 360 Other Personal      Property Damage      Injury    ❒ 385 Property Damage | Relations ❒ 740 Railway Labor Act | ❒ 864 SSID Title XVI ❒ 865 RSI (405(g)) | ❒ 850 Securities/Commodities/ Exchange |
| | ❒ 362 Personal Injury -      Product Liability      Medical Malpractice | ❒ 751 Family and Medical Leave Act | | ❒ 890 Other Statutory Actions ❒ 891 Agricultural Acts |
| **REAL PROPERTY**   **CIVIL RIGHTS**   **PRISONER PETITIONS** | | ❒ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ❒ 893 Environmental Matters |
| ❒ 210 Land Condemnation   ❒ 440 Other Civil Rights   **Habeas Corpus:** | | ❒ 791 Employee Retirement Income Security Act | ❒ 870 Taxes (U.S. Plaintiff or Defendant) | ❒ 895 Freedom of Information Act |
| ❒ 220 Foreclosure   ❒ 441 Voting   ❒ 463 Alien Detainee | | | ❒ 871 IRS—Third Party | ❒ 896 Arbitration |
| ❒ 230 Rent Lease & Ejectment   ❒ 442 Employment   ❒ 510 Motions to Vacate | | | 26 USC 7609 | ❒ 899 Administrative Procedure |
| ❒ 240 Torts to Land   ❒ 443 Housing/      Sentence | | | | Act/Review or Appeal of |
| ❒ 245 Tort Product Liability      Accommodations   ❒ 530 General | | | | Agency Decision |
| ❒ 290 All Other Real Property   ❒ 445 Amer. w/Disabilities -   ❒ 535 Death Penalty | | **IMMIGRATION** | | ❒ 950 Constitutionality of |
|      Employment   **Other:** | | ❒ 462 Naturalization Application | | State Statutes |
| ❒ 446 Amer. w/Disabilities -   ❒ 540 Mandamus & Other      Other   ❒ 550 Civil Rights | | ❒ 465 Other Immigration Actions | | |
| ❒ 448 Education   ❒ 555 Prison Condition | | | | |
|   ❒ 560 Civil Detainee -      Conditions of      Confinement | | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

✘ 1  Original
       Proceeding

❒ 2  Removed from
       State Court

❒ 3  Remanded from
       Appellate Court

❒ 4  Reinstated or
       Reopened

❒ 5  Transferred from
       Another District
       *(specify)*

❒ 6  Multidistrict
       Litigation -
       Transfer

❒ 8  Multidistrict
       Litigation -
       Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
The Fair Labor Standards Act, 29 U.S.C 201 et. seq.

Brief description of cause:
Failure to pay employees for hours worked

## VII. REQUESTED IN COMPLAINT:

❒ CHECK IF THIS IS A **CLASS ACTION**
   UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:    ✘ Yes    ❒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE
07/14/2026

SIGNATURE OF ATTORNEY OF RECORD
s/Gerald J. Hanchulak

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked.  (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.** **Nature of Suit.**  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.**  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.  When the petition for removal is granted, check this box.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.