**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

CHERYL GROSHKO, BRANDON SANTEE, DAVID WEIKEL, JEFFREY MOYER, and ERIC BROWN,
Plaintiffs,

v.

LEHIGH VALLEY HEALTH NETWORK INC. t/a LEHIGH VALLEY HEALTH NETWORK, a registered fictious name and LEHIGH VALLEY HOSPITAL-SCHUYLKILL,
Defendants.

Civil Action No.: 3:26-cv-01962-JFS
(Judge Saporito)

JURY TRIAL DEMANDED

**DEFENDANTS' PARTIAL**
**MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

AND NOW, comes Defendants, Lehigh Valley Health Network, Inc. t/a Lehigh Valley Health Network and Lehigh Valley Hospital–Schuylkill, by and through their counsel, Hoffman and Hlavac, and moves to dismiss Counts IV and IX and the claims of Jeffrey Moyer in Count XI. In support of its Motion, filed pursuant to Federal Rules of Civil Procedure 12(b)(6), Defendants incorporate by reference in full the brief filed contemporaneously.

**HOFFMAN & HLAVAC**

By: */s/ Steven E. Hoffman*
Steven E. Hoffman, Esquire

Attorney I.D. No. PA 63911
Jared J. Hanna, Esquire
Attorney I.D. No. PA 313769
1605 N. Cedar Crest Blvd., Suite 509
Allentown, PA 18104
Ph # 484-408-6001 Fax # 484-408-6018
Email: shoffman@hhe-law.com
Email: jhanna@hhe-law.com
*Attorneys for Defendants*